**JULIE R. PATTEN**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Julia.Patten@usdoj.gov

**FILED**

**MAY 21 2026**

Clerk, US District Court
District of Montana - Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26- 57 -BLG- WWM |
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| LEVI SEAN PATTEN, | |
| Defendant. | |
| | PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION (Count 2) Title 18 U.S.C. § 922(g)(1) (Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) |
| | CRIMINAL FORFEITURE Title 21 U.S.C. §§ 853(a)(1)-(2) Title 21 U.S.C. §§ 881(a)(11) Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That in or about August 2025, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, LEVI SEAN PATTEN, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 2

That on or about August 5, 2025, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, LEVI SEAN PATTEN, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

1.     Upon conviction of the offense set in forth in count 1 of this indictment, the defendant, LEVI SEAN PATTEN, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said

offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

2.     Upon conviction of either offense set forth in counts 2 and 3 of this indictment, the defendant, LEVI SEAN PATTEN, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
for CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3